Form plncf13 − ntccnfpln13v27

**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.: 24−11738−CMG
Chapter: 13
Judge: Christine M. Gravelle

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Slava Kotlyarsky
   63 Lone Star Ln
   Manalapan, NJ 07726−3879

Social Security No.:
   xxx−xx−4448

Employer's Tax I.D. No.:
   81−1783176

## NOTICE OF ORDER CONFIRMING CHAPTER 13 PLAN

   NOTICE IS HEREBY GIVEN that an Order Confirming the Chapter 13 plan was entered on July 10, 2024.


Dated: July 10, 2024
JAN: rms

                                                     Jeanne Naughton
                                                     Clerk

United States Bankruptcy Court

District of New Jersey

| | |
|---|---|
| In re: | Case No. 24-11738-CMG |
| Slava Kotlyarsky | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0312-3 | User: admin | Page 1 of 3 |
| Date Rcvd: Jul 10, 2024 | Form ID: plncf13 | Total Noticed: 27 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+          Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 12, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | | Slava Kotlyarsky, 63 Lone Star Ln, Manalapan, NJ 07726-3879 |
| 520171860 | | Internal Revenue Service, Centralized Insolvency Operation PO Box, Philadelphia, PA 19101-7346 |
| 520171863 | + | LG Square investments, pob 26, Lincroft, NJ 07738-0026 |

TOTAL: 3

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Jul 10 2024 20:52:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Jul 10 2024 20:52:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 520219343 | | Email/PDF: bncnotices@becket-lee.com | Jul 10 2024 20:57:01 | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 520171851 | | Email/PDF: bncnotices@becket-lee.com | Jul 10 2024 20:57:32 | Amex, Correspondence/Bankruptcy, PO Box 981540, El Paso, TX 79998-1540 |
| 520171852 | | Email/PDF: bncnotices@becket-lee.com | Jul 10 2024 20:57:18 | Amex, PO Box 981537, El Paso, TX 79998-1537 |
| 520171853 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jul 10 2024 20:57:18 | Capital One, Attn: Bankruptcy, PO Box 30285, Salt Lake City, UT 84130-0285 |
| 520171854 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jul 10 2024 20:57:04 | Capital One, PO Box 31293, Salt Lake City, UT 84131-0293 |
| 520186691 | + | Email/PDF: ebn_ais@aisinfo.com | Jul 10 2024 20:57:01 | Capital One, N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 520237664 | + | Email/Text: nsm_bk_notices@mrcooper.com | Jul 10 2024 20:51:00 | CrossCountry Mortgage, LLC, c/o Nationstar Mortgage LLC, Attn: Bankruptcy Department, P.O. Box 619096, Dallas, TX 75261-9096 |
| 520171855 | | Email/Text: BKCourtNotices@yourmortgageonline.com | Jul 10 2024 20:51:00 | Crosscountry Mtg/Doven, 1 Corporate Dr, Lake Zurich, IL 60047-8944 |
| 520171858 | | Email/Text: BKCourtNotices@yourmortgageonline.com | Jul 10 2024 20:51:00 | Dovenmuehle Mortgage, Inc/Cross Country, Attn: Bankruptcy, 1 Corporate Drive St # 360, Lake Zurich, IL 60047 |
| 520171856 | | Email/Text: mrdiscen@discover.com | Jul 10 2024 20:50:00 | Discover Bank, PO Box 30939, Salt Lake City, UT 84130-0939 |
| 520171857 | | Email/Text: mrdiscen@discover.com | Jul 10 2024 20:50:00 | Discover Financial, Attn: Bankruptcy, PO Box 3025, New Albany, OH 43054-3025 |
| 520171862 | | Email/PDF: ais.chase.ebn@aisinfo.com | Jul 10 2024 20:57:17 | JPMorgan Chase, Legal Papers Served, Mail code LA4-7100, 700 Kansas Lane, Monroe, LA 71203 |
| 520227796 | | Email/PDF: ais.chase.ebn@aisinfo.com | Jul 10 2024 20:56:48 | JPMorgan Chase Bank, N.A., c/o Mark A. Jarman, P.O. Box 29550 Mail Code AZ2-0100, Phoenix, |

| Recip ID | | Notice Method | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | | AZ 85038 |
| 520171861 | | Email/PDF: ais.chase.ebn@aisinfo.com | Jul 10 2024 21:09:32 | Jpmcb Card, PO Box 15369, Wilmington, DE 19850-5369 |
| 520234677 | + | Email/Text: ecfbnc@aldridgepite.com | Jul 10 2024 20:51:00 | JPMorgan Chase Bank, N.A., Jenelle C. Arnold, ALDRIDGE PITE, LLP, 8880 Rio San Diego Dr., Ste. 725, San Diego, CA 92108-1619 |
| 520191570 | + | Email/Text: RASEBN@raslg.com | Jul 10 2024 20:51:00 | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o Robertson, Anschutz, Schneid,, Crane & Partners, PLLC, 6409 Congress Avenue, Suite 100, Boca Raton, FL 33487-2853 |
| 520171864 | | Email/Text: LibertySOP@cscglobal.com | Jul 10 2024 20:51:00 | Liberty Mutual Insurance, 175 Berkeley St, Boston, MA 02116 |
| 520171865 | | Email/Text: Recovery_Operations@shopify.com | Jul 10 2024 20:50:00 | Shopify Capital, 33 New Montgomery Street, Ste750, San Francisco, CA 94105 |
| 520171866 | + | Email/Text: PDELINQ@sba.gov | Jul 10 2024 20:51:00 | Small Business Administration, Covid EIDL Service Center, 14925 Kingsport Road, Fort Worth, TX 76155-2243 |
| 520171867 | | Email/Text: RPSBankruptcyBNCNotification@usbank.com | Jul 10 2024 20:52:00 | U.S. Bank, pob 6335, Fargo, ND 58125 |
| 520232286 | | Email/Text: RPSBankruptcyBNCNotification@usbank.com | Jul 10 2024 20:52:00 | U.S. Bank National Association, Bankruptcy Department, PO Box 108, Saint Louis MO 63166-0108 |
| 520171868 | + | Email/Text: bankruptcy@ups.com | Jul 10 2024 20:53:00 | United Parcel Service, 55 Glenlake Parkway NE, Atlanta, GA 30328-3498 |

TOTAL: 24

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 520171859 | | Federal Express |
| 520219347 | * | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 520219375 | * | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 520219379 | * | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |

TOTAL: 1 Undeliverable, 3 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 12, 2024    Signature:    /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 10, 2024 at the address(es) listed below:

**Name**          **Email Address**

Albert Russo

| District/off: 0312-3 | User: admin | Page 3 of 3 |
|---|---|---|
| Date Rcvd: Jul 10, 2024 | Form ID: plncf13 | Total Noticed: 27 |

docs@russotrustee.com

Denise E. Carlon

on behalf of Creditor CrossCountry Mortgage LLC dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com

Edward Nathan Vaisman

on behalf of Debtor Slava Kotlyarsky vaismanlaw@gmail.com
g20495@notify.cincompass.com;vaisman.edwardb128387@notify.bestcase.com

U.S. Trustee

USTPRegion03.NE.ECF@usdoj.gov

TOTAL: 4